# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

---

February 9, 2022

By ECF

*Adjourned to Tuesday, March 29, 2022, at 4:00PM. So ordered.*

[signature]
2/11/21
USDJ

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Lloyd Gunther (FNU LNU)**
      **21 CR 108 (JGK)**

Dear Judge Koeltl:

With the consent of the Government, I write to request a brief adjournment of Mr. Gunther's sentencing hearing until the week of March 21, if the Court is available. I am scheduled to begin trial on February 16 and expect it to last through the week of February 21 creating a conflict with the current sentencing date. In addition, the final presentence report has not yet been completed and disclosed.

I will be available to move forward with Mr. Gunther's hearing later in March. As noted above, both parties are available and have a preference for the week of March 21. We can also be available the week of March 28.

Respectfully submitted,

/s/
Zawadi Baharanyi
Assistant Federal Defender
212-417-8735

cc:   Ashley C. Nicolas
      Assistant United States Attorney
      (by ECF)